UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH) | Case No. 22-sc-9999 |

### NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 20-sc-03119 UPON CLOSE OF INVESTIGATION

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 20-sc-03119, which consist of redacted versions of the following original docket entries:

- Application for Warrant Pursuant to 18 U.S.C. § 2703 (Original ECF Dkt. No. 1)
- Signed Warrant (Original ECF Dkt. No. 3)

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712. In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "warrants issued pursuant to the Stored Communications Act ("SCA"), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ("PR/TT") devices, see id. § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ("MLATs"), see id. § 3512(a)(2)(B)–(C), once those matters are closed." 2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020). The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket indicating

1

the matter is closed and identifying, by filed document number, the unredacted versions of the government-redacted documents to remain under seal." *Id*. at *3; *see also id*. at *5 (contemplating a government "motion to unseal, indicating that a case is closed and signaling to the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020). Specifically, the Court "ORDERED that the government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9, 2021). In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement interests." 964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold,* the attached redacted documents are now available to the public.

>Respectfully submitted,
>
>MATTHEW M. GRAVES
>UNITED STATES ATTORNEY
>D.C. Bar Number 481052
>
>By:  /s/ *Michael J. McCarthy*
>MICHAEL J. MCCARTHY
>Assistant United States Attorney
>D.C. Bar Number 229706
>United States Attorney's Office
>601 D Street NW
>Washington, D.C.  20530
>Telephone: 202-252-7052
>Email: michael.mccarthy@usdoj.gov