# ATTACHMENT

# A

*Redacted Docket Materials*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  19-sc-1308 |
| INFORMATION ASSOCIATED WITH INSTAGRAM USER ID: ▇▇▇▇ THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. PURSUANT TO 18 U.S.C. § 2703 FOR INVESTIGATION OF VIOLATIONS OF 18 U.S.C. § 922(n) AND RELATED OFFENSES | ) ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A

located in the _____ District of _____ Columbia _____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(n) | - Unlawful for any person for a crime punishable by imprisonment for a term exceeding one year to ship or receive transport any firearm |

The application is based on these facts:

see attached Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

█████████████████████████████
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____ 06/18/2019 _____

_____
*Judge's signature*

City and state:  Washington, D.C.  Robin Meriweather, United States Magistrate Judge

*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   19-sc-1308 |
| INFORMATION ASSOCIATED WITH INSTAGRAM USER ID: ▇▇▇ | ) | |
| THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | ) | |
| PURSUANT TO 18 U.S.C. § 2703 FOR INVESTIGATION OF VIOLATIONS | ) | |
| OF 18 U.S.C. § 922(n) AND RELATED OFFENSES | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____July 1, 2019_____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Robin Meriweather,  United States Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   ___06/18/2019 0:00 am___

City and state:    ___Washington, D.C.___                    _____
                                                                                                  *Judge's signature*

                                                                     Robin Meriweather, United States Magistrate Judge
                                                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>   19-sc-1308 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
|       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____        _____<br>                                               *Executing officer's signature*<br><br>                             _____<br>                                                  *Printed name and title* |

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Instagram profile with username ███████ that is stored at premises owned, maintained, controlled, or operated by Instagram, a company which is owned by Facebook, Inc. and located at 1601 Willow Road, Menlo Park, California, 94025.

## ATTACHMENT B

### Items to be Seized

**I.      Information to be disclosed by Instagram**

To the extent that the information described in Attachment A is within the possession, custody, or control of Instagram, including any messages, records, files, logs, or information that have been deleted but are still available to Instagram, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Instagram is required to disclose the following information to the government for the user ID listed in Attachment A:

1.  All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

2.  All past and current usernames associated with the account;

3.  The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

4.  For the time period from November 15, 2017 through the present: all activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

5.  For the time period from November 15, 2017 through the present: all information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

6.  For the time period from November 15, 2017 through the present: all data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

7.  For the time period from November 15, 2017 through the present: all communications or other messages sent or received by the account;

8.  For the time period from November 15, 2017 through the present: all user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content;

9.  For the time period from November 15, 2017 through the present: all photographs and images in the user gallery for the account, including all Metadata, geotag, and

latitude and longitude for all photos;

10. For the time period from November 15, 2017 through the present: all location data associated with the account, including geotags;

11. For the time period from November 15, 2017 through the present: all data and information that has been deleted by the user;

12. A list of all of the people that the user follows on Instagram and all people who are following the user (i.e., the user's "following" list and "followers" list), as well as any friends of the user;

13. For the time period from November 15, 2017 through the present: a list of all users that the account has "unfollowed" or blocked;

14. All privacy and account settings;

15. For the time period from November 15, 2017 through the present: all records of Instagram searches performed by the account, including all past searches saved by the account;

16. For the time period from November 15, 2017 through the present: all information about connections between the account and third-party websites and applications; and,

17. For the time period from November 15, 2017 through the present: all records pertaining to communications between Instagram, LLC and any person regarding the user or the user's Instagram account, including contacts with support services, and all records of actions taken, including suspensions of the account.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and/or instrumentalities of violations of 18 U.S.C. § 922(n) as described in the affidavit submitted in support of this Warrant, including, for the account listed on Attachment A, information pertaining to the following matters:

(a) Evidence of or related to the possession or trafficking of firearms;

(b) All original postings of ████████ on the Instagram site for the specified time period, motive evidence, and any location information for postings of photographs on account ████████

(c) Evidence indicating how and when the Instagram account was accessed or used, to determine the geographic and chronological context of account access, use, and

2

events relating to the crime under investigation and to the account owner;

(d)      Evidence indicating the account owner's state of mind as it relates to the criminal activity under investigation;

(e)      The identity of the person(s) who created or used the Instagram account, including records that help reveal the whereabouts of such person (s);

(f)      Identity of person(s) who communicated with the account ███████ about the possession and/or trafficking of firearms, including records that help reveal their whereabouts.

## III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by Facebook\Instagram and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from Facebook\Instagram that does not fall within the scope of Section II and will not further review the information absent an order of the Court. Such sealed information may include retaining a digital copy of all information received pursuant to the warrant to be used for authentication at trial, as needed.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## <u>RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)</u>

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.  I am employed by Facebook, and my official title is _____.  I am a custodian of records for Facebook.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____        _____
Date                                    Signature

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
INSTAGRAM USER ID:

█████████

**Case No. 19-sc-1308**

THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK, INC.
PURSUANT TO 18 U.S.C. § 2703 FOR
INVESTIGATION OF VIOLATIONS OF
18 U.S.C. § 922(n) AND RELATED
OFFENSES

UNDER SEAL

*Reference:  USAO Ref. #*██████████ *Subject Account:*██████████

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I,██████████ being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with an Instagram account that is stored at premises owned, maintained, controlled, or operated by Instagram, a social-networking company owned by Facebook, Inc. ("Facebook"), headquartered at 1601 Willow Road in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Instagram to disclose to the government records and other information in its possession, further described in Section I of Attachment B, pertaining to the subscriber or customer associated with the user ID.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the

information described in Section II of Attachment B, using the procedures described in Section III of Attachment B.



3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter. All observations referenced in this affidavit that I did not personally make were relayed to me by the person(s) who made such observations or in reports that detailed the events described by those person(s).

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that ███████  ███████        ███████ has committed

2

violations of Title 18, United States Code, Section 922(n), among other crimes. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

**JURISDICTION**

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(i).  As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington, DC.  *See* 18 U.S.C. § 3237.  Finally, the offenses under investigation are the subject of an ongoing law enforcement investigation in the District of Columbia.

**PROBABLE CAUSE**



6.      On ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ placed a monitored and recorded phone call to ▮▮▮ to discuss firearm transactions. ▮▮▮ told ▮▮▮ that ▮▮▮ would be in the Washington, DC area that weekend and would be able to meet with ▮▮▮ on Monday. ▮▮▮ told ▮▮▮ he would call ▮▮▮ back.

7.      On ▮▮▮▮▮, ▮▮▮ contacted ▮▮▮ by phone to discuss future firearms transactions.  During the course of two FaceTime calls between ▮▮▮ and ▮▮▮, ▮▮▮ told ▮▮▮ he wanted to trade his Draco pistol for two of ▮▮▮ Glock pistols. ▮▮▮ explained that the Draco pistol is new and that it is too difficult to conceal. ▮▮▮ told ▮▮▮ he was looking for someone to go into gun stores to buy firearms on his behalf. ▮▮▮ told ▮▮▮ that ▮▮▮ paid an individual to purchase the Draco pistol. ▮▮▮ showed ▮▮▮

3

what appeared to be a Draco pistol with a seated magazine while on FaceTime. ██████ and ██

██ agreed to meet on ██████████, for ████ to trade two Glock pistols for the Draco pistol.

    8.    On ██████████, ██████ and ██████ discussed the firearm transaction over

multiple FaceTime conversations. ██████ showed ██████ two Glock pistols ██████ was

willing to trade for the Draco pistol. ██████ told ██████ he decided he wanted to keep the

Draco pistol, but that he wanted to purchase the .45 caliber Glock pistol from ██████. ██████

agreed to sell the firearm to ██████ for $600. ██████ arranged to meet ██████ at the Home

Depot parking lot, located at 901 Rhode Island Avenue NE, Washington, DC in order to sell

██████ the firearm.

    9.    On ██████████, ██████ met with ██████ at the Home Depot parking lot at

901 Rhode Island Ave, NE in Washington, D.C. and the following transaction occurred, which

was recorded on video with audio. ██████ provided ████████ with a Glock Model 21 .45

caliber pistol, bearing serial number ██████████ ██████ took out in cash in order to pay for

the pistol. ██████ got out of the vehicle in order to retrieve a magazine from the trunk of the

vehicle and ████ agents moved in to arrest ██████. At the time of the arrest, ██████ was

sitting in the front passenger seat of ██████ vehicle with the Glock pistol and $1000 of United

States currency. A search incident to arrest was conducted on ██████ and a Glock Model 19

9mm pistol, bearing serial number ████████ was found in the front waistband of ████████

pants. This firearm was loaded with one 9mm round of ammunition in the chamber and an

extended magazine containing twenty-four rounds of ammunition was inserted in the firearm.

10. On ▮▮▮▮▮▮▮▮, a true bill was filed for a Grand Jury Indictment in the Superior Court for the District of Columbia charging ▮▮▮ with Unlawful Possession with Intent to Distribute a Controlled Substance while Armed, in violation of 48 DC Code section 904.01(a)(1), 22 DC Code, Section 4502 (2001 ed.), and related offenses. The incident that is the subject of this indictment occurred on ▮▮▮▮▮▮ This is a crime punishable by more than one year imprisonment. The defendant was arraigned on this indictment in D.C. Superior Court on ▮▮▮▮▮ and entered a plea of not guilty. On ▮▮▮▮▮ an arrest warrant was issued for ▮▮▮ for Failure to Appear for a status hearing on the aforementioned indictment, and the defendant is still pending trial in this matter. The defendant was therefore under indictment when the firearms transaction was conducted on ▮▮▮▮▮.

11. Glock pistols are not manufactured within the District of Columbia, and therefore the firearms in ▮▮▮ possession traveled in interstate commerce.

12. On ▮▮▮▮▮, a social media video was posted on the social media platform known as "Instagram." In the Instagram Live video, ▮▮▮ is observed with a black semi-automatic firearm. During the video, an unknown individual appears to be video recording a group of people in a vehicle. The individual moves the camera lens in the direction of the back seat passenger. Your affiant can identify the back seat passenger as ▮▮▮. The camera then pans down to where ▮▮▮ has both of his hands in his lap. ▮▮▮ then moves his hands to expose a semi-automatic handgun lying between his legs. ▮▮▮ then moves the firearm with his left hand slightly as the camera pans back up to ▮▮▮ face. ▮▮▮ is not tagged in this video.

5

13.    Your affiant is able to positively identify ███████ in additional Instagram videos where he is tagged.  These videos "tag" the specific user name "███████  The Instagram account associated with "███████is a private account.  The photograph of the individual on Instagram associated with the specific user name "███████ is identified by your affiant as ██████.



14.    On May 5, 2019, law enforcement completed a preservation request for the "███████Instagram account via the internet portal on Instagram's Law Enforcement Online Request System at facebook.com/records.

## BACKGROUND CONCERNING PROVIDER'S ACCOUNTS

15.    Instagram owns and operates a free-access social networking website of the same name that can be accessed at http://www.instagram.com.  Instagram allows its users to create their own profile pages, which can include a short biography, a user photo, and other information. Users can access Instagram through the Instagram website or by using a special electronic application ("app") created by the company that allows users to access the service through a mobile device.

16.     Instagram permits users to post photos to their profiles on Instagram and otherwise share photos with others on Instagram, as well as certain other social-media services, including Flickr, Facebook, and Twitter.  When posting or sharing a photo on Instagram, a user can add a caption to the photo, can add various "tags" to the photo that can be used to search for the photo, can add location information to the photo, and can add other information to the photo, as well as apply a variety of "filters" or other visual effects that can be used to modify the look of the posted photos.  In addition, Instagram allows users to make comments on posted photos, including photos the user posts or photos posted by other users of Instagram.  Users can also "like" photos.

17.     Upon creating an Instagram account, an Instagram user must create a unique Instagram username and an account password.  This information is collected and maintained by Instagram.

18.     Instagram asks users to provide basic identity and contact information upon registration and also allows users to provide additional identity information for their user profile.  This information may include the user's full name, e-mail addresses and phone numbers, as well as potentially other personal information provided directly by the user to Instagram.  Once an account is created, users may also adjust various privacy and account settings for the account on Instagram.  This information is collected and maintained by Instagram.

19.     Instagram allows users to have "friends," which are other individuals with whom the user can share information without making the information public.  Friends on Instagram may come from either contact lists maintained by the user, other third-party social media websites and information, or searches conducted by the user on Instagram profiles.  This information is collected and maintained by Instagram.

20.     Instagram also allows users to "follow" another user, which means that they receive updates about posts made by the other user.  Users may also "unfollow" users, that is, stop following them or block them, which would prevent the blocked user from following that user.

21.     Instagram allows users to post and share various types of user content, including photos, comments, and other materials.  User content that is posted to Instagram or shared through Instagram is collected and maintained by Instagram.

22.     Users on Instagram may also search Instagram for other users or particular types of photos or other content.

23.     For each user, Instagram also collects and retains information, called "log file" information every time a user requests access to Instagram, whether through a web page or through an app.  Among the log file information that Instagram's servers automatically record is the particular web requests, any Internet Protocol (IP) address associated with the request, type of browser used, any referring/exit web pages and associated URLs, pages viewed, dates and times of access, and other information.

24.     Instagram also collects and maintains "cookies," which are small text files that are placed on a user's computer or mobile device and that allows Instagram to identify the browser or device's accesses to the service.

25.     Instagram also collects information on the particular devices used to access Instagram.  In particular, Instagram may record "device identifiers," which includes data files and other information that may identify the particular electronic device that was used to access Instagram.

26.      Instagram also collects metadata associated with user content.  For example, Instagram collects any "hashtags" associated with user content (i.e., keywords used), "geotags" that mark the location of a photo and which may include latitude and longitude information, comments on photos, and other information.

27.      Instagram also may communicate with the user, by email or otherwise.  Instagram collects and maintains copies of communications between Instagram and the user.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

28.      I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook\Instagram Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

## CONCLUSION

29.      Based on the forgoing, I believe there is probable cause to believe that there may be evidence of violations of Title 18, United States Code, Section 922(n), among other crimes, contained within the target Instagram account.

30.      Based upon this probable cause, I respectfully request authority to search the location set forth in Attachment A and seize the items listed in Attachment B.  Both Attachments are incorporated here by reference.

31.      Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

9

32.     Because the warrant will be served on Facebook who will then compile the requested records and information at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.



Subscribed and sworn before me this _____day of June, 2019.

_____

ROBIN M. MERIWEATHER
United States Magistrate Judge
for the District of Columbia

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

INFORMATION ASSOCIATED WITH INSTAGRAM USER ID: █████
THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC.
PURSUANT TO 18 U.S.C. § 2703 FOR INVESTIGATION OF
VIOLATIONS OF 18 U.S.C. § 922(n) AND RELATED OFFENSES

)
)
)
)
)
)

Case No. 19-sc-1308

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the _____ District of _____ Columbia _____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(n) | - Unlawful for any person for a crime punishable by imprisonment for a term exceeding one year to ship or receive transport any firearm |

The application is based on these facts:

**see attached Affidavit**

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

███████████████████████████████

*Applicant's signature*

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____06/18/2019_____

*Judge's signature*

City and state: Washington, D.C.

Robin Meriweather, United States Magistrate Judge

*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   19-sc-1308 |
| INFORMATION ASSOCIATED WITH INSTAGRAM USER ID ▮▮▮▮ | ) | |
| THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | ) | |
| PURSUANT TO 18 U.S.C. § 2703 FOR INVESTIGATION OF VIOLATIONS | ) | |
| OF 18 U.S.C. § 922(n) AND RELATED OFFENSES | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before       July 1, 2019       *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Robin Meriweather,  United States Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:      06/18/2019 <del>0:00 am</del>  3:40 pm

City and state:      Washington, D.C.

*Judge's signature*

Robin Meriweather, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19-sc-1308 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Instagram profile with username ████████ that is stored at premises owned, maintained, controlled, or operated by Instagram, a company which is owned by Facebook, Inc. and located at 1601 Willow Road, Menlo Park, California, 94025.

## ATTACHMENT B

### Items to be Seized

**I.     Information to be disclosed by Instagram**

To the extent that the information described in Attachment A is within the possession, custody, or control of Instagram, including any messages, records, files, logs, or information that have been deleted but are still available to Instagram, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Instagram is required to disclose the following information to the government for the user ID listed in Attachment A:

1.  All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

2.  All past and current usernames associated with the account;

3.  The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

4.  For the time period from November 15, 2017 through the present: all activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

5.  For the time period from November 15, 2017 through the present: all information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

6.  For the time period from November 15, 2017 through the present: all data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

7.  For the time period from November 15, 2017 through the present: all communications or other messages sent or received by the account;

8.  For the time period from November 15, 2017 through the present: all user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content;

9.  For the time period from November 15, 2017 through the present: all photographs and images in the user gallery for the account, including all Metadata, geotag, and

latitude and longitude for all photos;

10. For the time period from November 15, 2017 through the present: all location data associated with the account, including geotags;

11. For the time period from November 15, 2017 through the present: all data and information that has been deleted by the user;

12. A list of all of the people that the user follows on Instagram and all people who are following the user (i.e., the user's "following" list and "followers" list), as well as any friends of the user;

13. For the time period from November 15, 2017 through the present: a list of all users that the account has "unfollowed" or blocked;

14. All privacy and account settings;

15. For the time period from November 15, 2017 through the present: all records of Instagram searches performed by the account, including all past searches saved by the account;

16. For the time period from November 15, 2017 through the present: all information about connections between the account and third-party websites and applications; and,

17. For the time period from November 15, 2017 through the present: all records pertaining to communications between Instagram, LLC and any person regarding the user or the user's Instagram account, including contacts with support services, and all records of actions taken, including suspensions of the account.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and/or instrumentalities of violations of 18 U.S.C. § 922(n) as described in the affidavit submitted in support of this Warrant, including, for the account listed on Attachment A, information pertaining to the following matters:

(a)    Evidence of or related to the possession or trafficking of firearms;

(b)    All original postings of ▆▆▆▆▆ on the Instagram site for the specified time period, motive evidence, and any location information for postings of photographs on account ▆▆▆▆▆

(c)    Evidence indicating how and when the Instagram account was accessed or used, to determine the geographic and chronological context of account access, use, and

2

events relating to the crime under investigation and to the account owner;

(d)    Evidence indicating the account owner's state of mind as it relates to the criminal activity under investigation;

(e)    The identity of the person(s) who created or used the Instagram account, including records that help reveal the whereabouts of such person (s);

(f)    Identity of person(s) who communicated with the account ███████ about the possession and/or trafficking of firearms, including records that help reveal their whereabouts.

## III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by Facebook\Instagram and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from Facebook\Instagram that does not fall within the scope of Section II and will not further review the information absent an order of the Court. Such sealed information may include retaining a digital copy of all information received pursuant to the warrant to be used for authentication at trial, as needed.

3

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____            _____
Date                                                    Signature

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
INSTAGRAM USER ID:

███████████

THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK, INC.
PURSUANT TO 18 U.S.C. § 2703 FOR
INVESTIGATION OF VIOLATIONS OF
18 U.S.C. § 922(n) AND RELATED
OFFENSES

**Case No. 19-sc-1308**

__UNDER SEAL__

*Reference:  USAO Ref. #*███████ *Subject Account:* ████████

## AFFIDAVIT IN SUPPORT OF
## __AN APPLICATION FOR A SEARCH WARRANT__

I, ████████████ being first duly sworn, hereby depose and state as follows:

### __INTRODUCTION AND AGENT BACKGROUND__

1.     I make this affidavit in support of an application for a search warrant for information associated with an Instagram account that is stored at premises owned, maintained, controlled, or operated by Instagram, a social-networking company owned by Facebook, Inc. ("Facebook"), headquartered at 1601 Willow Road in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Instagram to disclose to the government records and other information in its possession, further described in Section I of Attachment B, pertaining to the subscriber or customer associated with the user ID. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the

information described in Section II of Attachment B, using the procedures described in Section III of Attachment B.



3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter. All observations referenced in this affidavit that I did not personally make were relayed to me by the person(s) who made such observations or in reports that detailed the events described by those person(s).

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that ███████████████████████ has committed

violations of Title 18, United States Code, Section 922(n), among other crimes. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## JURISDICTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington, DC. *See* 18 U.S.C. § 3237. Finally, the offenses under investigation are the subject of an ongoing law enforcement investigation in the District of Columbia.

## PROBABLE CAUSE



6.      On ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ placed a monitored and recorded phone call to ▮▮▮▮ to discuss firearm transactions. ▮▮▮ told ▮▮▮▮ that ▮▮▮ would be in the Washington, DC area that weekend and would be able to meet with ▮▮▮ on Monday. ▮▮▮ told ▮▮▮ he would call ▮▮▮ back.

7.      On ▮▮▮▮▮▮▮▮▮▮ contacted ▮▮▮ by phone to discuss future firearms transactions. During the course of two FaceTime calls between ▮▮▮ and ▮▮▮▮▮▮ told ▮▮▮ he wanted to trade his Draco pistol for two of ▮▮▮ Glock pistols. ▮▮▮ explained that the Draco pistol is new and that it is too difficult to conceal. ▮▮▮ told he was looking for someone to go into gun stores to buy firearms on his behalf. ▮▮▮ told ▮▮▮ that ▮▮▮ paid an individual to purchase the Draco pistol. ▮▮▮ showed ▮▮▮

3

what appeared to be a Draco pistol with a seated magazine while on FaceTime. ▮▮▮ and ▮▮▮ agreed to meet on ▮▮▮, for ▮▮▮ to trade two Glock pistols for the Draco pistol.

8.    On ▮▮▮, ▮▮▮ and ▮▮▮ discussed the firearm transaction over multiple FaceTime conversations. ▮▮▮ showed ▮▮▮ two Glock pistols ▮▮▮ was willing to trade for the Draco pistol. ▮▮▮ told ▮▮▮ he decided he wanted to keep the Draco pistol, but that he wanted to purchase the .45 caliber Glock pistol from ▮▮▮ ▮▮▮ agreed to sell the firearm to ▮▮▮ for $600. ▮▮▮ arranged to meet ▮▮▮ at the Home Depot parking lot, located at 901 Rhode Island Avenue NE, Washington, DC in order to sell ▮▮▮ the firearm.

9.    On ▮▮▮, ▮▮▮ met with ▮▮▮ at the Home Depot parking lot at 901 Rhode Island Ave, NE in Washington, D.C. and the following transaction occurred, which was recorded on video with audio. ▮▮▮ provided ▮▮▮ with a Glock Model 21 .45 caliber pistol, bearing serial number ▮▮▮ ▮▮▮ took out in cash in order to pay for the pistol. ▮▮▮ got out of the vehicle in order to retrieve a magazine from the trunk of the vehicle and ▮▮▮ agents moved in to arrest ▮▮▮. At the time of the arrest, ▮▮▮ was sitting in the front passenger seat of ▮▮▮ vehicle with the Glock pistol and $1000 of United States currency. A search incident to arrest was conducted on ▮▮▮ and a Glock Model 19 9mm pistol, bearing serial number ▮▮▮, was found in the front waistband of ▮▮▮ pants. This firearm was loaded with one 9mm round of ammunition in the chamber and an extended magazine containing twenty-four rounds of ammunition was inserted in the firearm.

4

10.     On █████████████ a true bill was filed for a Grand Jury Indictment in the Superior Court for the District of Columbia charging ███████ with Unlawful Possession with Intent to Distribute a Controlled Substance while Armed, in violation of 48 DC Code section 904.01(a)(1), 22 DC Code, Section 4502 (2001 ed.), and related offenses.  The incident that is the subject of this indictment occurred on ████████████████ This is a crime punishable by more than one year imprisonment.  The defendant was arraigned on this indictment in D.C. Superior Court on ████████████ and entered a plea of not guilty.  On ████████████ an arrest warrant was issued for ███████ for Failure to Appear for a status hearing on the aforementioned indictment, and the defendant is still pending trial in this matter.  The defendant was therefore under indictment when the firearms transaction was conducted on ███████████

11.     Glock pistols are not manufactured within the District of Columbia, and therefore the firearms in ██████ possession traveled in interstate commerce.

12.     On █████████ a social media video was posted on the social media platform known as "Instagram."  In the Instagram Live video, ███████ is observed with a black semi-automatic firearm.  During the video, an unknown individual appears to be video recording a group of people in a vehicle. The individual moves the camera lens in the direction of the back seat passenger.  Your affiant can identify the back seat passenger as ███████ The camera then pans down to where ███████ has both of his hands in his lap.  ███████ then moves his hands to expose a semi-automatic handgun lying between his legs.  ███████ then moves the firearm with his left hand slightly as the camera pans back up to ███████ face.  ███████ is not tagged in this video.

5

13.     Your affiant is able to positively identify ██████ in additional Instagram videos where he is tagged.  These videos "tag" the specific user name ██████  The Instagram account associated with ██████' is a private account.  The photograph of the individual on Instagram associated with the specific user name '██████ is identified by your affiant as ██████

14.     On May 5, 2019, law enforcement completed a preservation request for the ██████ Instagram account via the internet portal on Instagram's Law Enforcement Online Request System at facebook.com/records.

**BACKGROUND CONCERNING PROVIDER'S ACCOUNTS**

15.     Instagram owns and operates a free-access social networking website of the same name that can be accessed at http://www.instagram.com.  Instagram allows its users to create their own profile pages, which can include a short biography, a user photo, and other information. Users can access Instagram through the Instagram website or by using a special electronic application ("app") created by the company that allows users to access the service through a mobile device.

6

16.     Instagram permits users to post photos to their profiles on Instagram and otherwise share photos with others on Instagram, as well as certain other social-media services, including Flickr, Facebook, and Twitter. When posting or sharing a photo on Instagram, a user can add a caption to the photo, can add various "tags" to the photo that can be used to search for the photo, can add location information to the photo, and can add other information to the photo, as well as apply a variety of "filters" or other visual effects that can be used to modify the look of the posted photos. In addition, Instagram allows users to make comments on posted photos, including photos the user posts or photos posted by other users of Instagram. Users can also "like" photos.

17.     Upon creating an Instagram account, an Instagram user must create a unique Instagram username and an account password. This information is collected and maintained by Instagram.

18.     Instagram asks users to provide basic identity and contact information upon registration and also allows users to provide additional identity information for their user profile. This information may include the user's full name, e-mail addresses and phone numbers, as well as potentially other personal information provided directly by the user to Instagram. Once an account is created, users may also adjust various privacy and account settings for the account on Instagram. This information is collected and maintained by Instagram.

19.     Instagram allows users to have "friends," which are other individuals with whom the user can share information without making the information public. Friends on Instagram may come from either contact lists maintained by the user, other third-party social media websites and information, or searches conducted by the user on Instagram profiles. This information is collected and maintained by Instagram.

20.     Instagram also allows users to "follow" another user, which means that they receive updates about posts made by the other user.  Users may also "unfollow" users, that is, stop following them or block them, which would prevent the blocked user from following that user.

21.     Instagram allows users to post and share various types of user content, including photos, comments, and other materials.  User content that is posted to Instagram or shared through Instagram is collected and maintained by Instagram.

22.     Users on Instagram may also search Instagram for other users or particular types of photos or other content.

23.     For each user, Instagram also collects and retains information, called "log file" information every time a user requests access to Instagram, whether through a web page or through an app.  Among the log file information that Instagram's servers automatically record is the particular web requests, any Internet Protocol (IP) address associated with the request, type of browser used, any referring/exit web pages and associated URLs, pages viewed, dates and times of access, and other information.

24.     Instagram also collects and maintains "cookies," which are small text files that are placed on a user's computer or mobile device and that allows Instagram to identify the browser or device's accesses to the service.

25.     Instagram also collects information on the particular devices used to access Instagram.  In particular, Instagram may record "device identifiers," which includes data files and other information that may identify the particular electronic device that was used to access Instagram.

26.     Instagram also collects metadata associated with user content. For example, Instagram collects any "hashtags" associated with user content (i.e., keywords used), "geotags" that mark the location of a photo and which may include latitude and longitude information, comments on photos, and other information.

27.     Instagram also may communicate with the user, by email or otherwise. Instagram collects and maintains copies of communications between Instagram and the user.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

28.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook\Instagram Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

## CONCLUSION

29.     Based on the forgoing, I believe there is probable cause to believe that there may be evidence of violations of Title 18, United States Code, Section 922(n), among other crimes, contained within the target Instagram account.

30.     Based upon this probable cause, I respectfully request authority to search the location set forth in Attachment A and seize the items listed in Attachment B. Both Attachments are incorporated here by reference.

31.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

32.     Because the warrant will be served on Facebook who will then compile the requested records and information at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.



Subscribed and sworn before me this 18th day of June, 2019.

ROBIN M. MERIWEATHER
United States Magistrate Judge
for the District of Columbia

10